UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

| Date: October 7, 2019 | Time: 2:10-2:21 p.m. (11 minutes) | Judge: HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| Case No.: 18-cr-00560-HSG-3 | Case Name: USA v. Sanchez | |

**Defendant:** Jesus Angel Sanchez **(Present; Custody)**
**Attorney for Plaintiff:** Samantha Schott
**Attorney for Defendant:** John Paul Reichmuth
**Probation Officer:** Catheryn Grier for Brian Casai

**Deputy Clerk:** Nikki D. Riley        **Court Reporter:** Diane Skillman

**PROCEEDINGS:** Sentencing - HELD

**Notes:** The Court accepts the parties' plea agreement and sentences the Defendant to: 96 months BOP; 5 years supervised release under the usual terms and conditions and the special conditions; no fine; no restitution; and $100.00 special assessment. Counts 1, 7, 8, 10, 13, 14 and 15 of the superseding indictment are dismissed. See J&C for additional details. Defendant is remanded into the custody of the U.S. Marshal.